UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY TAI, et al.,<br><br>                Plaintiffs,<br>v.<br>JC FUNDING-5, LLC, et al.,<br><br>                Defendants. | Case No. 2:17-cv-02588-MMD-PAL<br><br>ORDER<br><br>(Mot Stay Disc – ECF No. 40) |

Before the court is plaintiff's Motion to Stay Discovery (ECF No. 40). No response has been filed by pro se defendant Dotson and the time for filing a response has expired.

Plaintiffs request a stay of discovery until decision of the pending Motion to Change Venue (ECF No. 37). If approved, the matter would be transferred to the District of California. Having reviewed and considered the matter,

**IT IS ORDERED:**

1. The Motion to Stay Discovery (ECF No. 40) is **GRANTED**.
2. If the Motion to Change Venue (ECF No. 37) is denied, the parties shall have 14 days from the entry of the order in which to submit a proposed discovery plan and scheduling order.

DATED this 26th day of December 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1